# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-1978
LT Case No. 2022-MM-000270-A

———————————————

JUSTIN ANTHONY PASTORE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the County Court for Sumter County.
Michelle T. Morley, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____